**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

Dated: December 27, 2017.



_____
H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| IN RE TRAVIS YOUNG,  ) | |
| ) | |
| Debtor.  ) | Bankruptcy Case No. 17-30163 |
| _____ ) | |

### ORDER ON DEBTOR TRAVIS YOUNG'S MOTION TO ALLOW WITHDRAWAL AND SUBSTITUTION OF COUNSEL IN CHAPTER 7 PROCEEDING PURSUANT TO L. RULE 2014

On this day came to be considered the *Motion to Allow Withdrawal and for Substitution of Counsel in Chapter 7 Proceeding Pursuant to L. Rule 2014* filed by Debtor Travis Young (the "*Motion*"). After consideration of the pleadings, as well as the Court finding that notice was proper to the necessary Parties, this Court is of the opinion that the relief requested in the *Motion* should be granted in its entirety.

IT IS THEREFORE, ORDERED, ADJUDGED and DECREED that Michael Nevarez, Esq. is permitted to withdraw as attorney of record for Defendant Travis Young in Chapter 7 Proceeding, Case No. 17-30163;

IT IS FURTHER ORDERED, ADJUDGED and DECREED that Miranda & Maldonado, P.C. is authorized to substitute as Counsel for Debtor Travis Young in Chapter 7 Proceeding, Case No. 17-30163, and is designated as new counsel of record for the Debtor in place of Michael Nevarez, Esq., who is relieved of his obligations and duties to this Court in this Chapter 7 Case.

\*\*\*

United States Bankruptcy Court
Western District of Texas

In re:  
Travis Ryan Young  
     Debtor

Case No. 17-30163-hcm  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0542-3     User: yarbrough     Page 1 of 1     Date Rcvd: Dec 27, 2017  
                       Form ID: pdfintp     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 29, 2017.
```
db             +Travis Ryan Young,   6647 Mariposa,   El Paso, TX 79912-3215
aty            +Cheryl S. Davis,   The Law Offices of Cheryl S. Davis, P.C.,   5539A N. Mesa St.,
                 El Paso, TX 79912-5422
aty            +Michael R. Nevarez,   The Law Offices of Michael R. Nevarez,   P.O. Box 12247,
                 El Paso, TX 79913-0247
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 29, 2017                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 27, 2017 at the address(es) listed below:
```
              Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
               wendy@eptxlawyers.com
              Carlos A. Miranda, III    on behalf of Debtor Travis Ryan Young cmiranda@eptxlawyers.com,
               wendy@eptxlawyers.com
              Corey W. Haugland    on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
              Corey W. Haugland    on behalf of Creditor Pamela W Young chaugland@jghpc.com
              Donald P. Stecker    on behalf of Creditor    City Of El Paso don.stecker@lgbs.com
              Michael R. Nevarez    on behalf of Debtor Travis Ryan Young MNevarez@LawOfficesMRN.com,
               MRN4Bankruptcy@gmail.com
              Ronald E Ingalls    ecf@ingallstrustee.com,
               ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
              United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                                             TOTAL: 8
```