# UNITED STATES BANKRUPTCY COURT
# Western District of Texas

Bankruptcy Case No.: 17–30163–hcm

Chapter No.: 7

Judge: H. Christopher Mott

IN RE: **Travis Ryan Young**, Debtor(s)

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on    **2/13/18 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 53 Pamela Young's Thrid Motion to Compel and for Sanctions Against Debtor Travis Ryan Young filed by Corey W. Haugland for Creditor Pamela W Young (Haugland, Corey) Hearing Scheduled For 2/13/2018 at 10:00 AM at El Paso Courtroom...RESPONSE TO MOTION DUE: 2/6/18 (Farrar, Ronda)

Dated: 1/22/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

**[Hearing Notice (BK)]** [NtchrgBKap]