# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 17–30163–hcm

Chapter No.: 7

Judge: H. Christopher Mott

IN RE: **Travis Ryan Young** , Debtor(s)

# NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at    El Paso Courtroom, 511 E. San Antonio Avenue, El Paso, TX 79901

on    **2/13/18 at 10:00 AM**

Hearing to Consider and Act Upon the Following: (Related Document(s): 53 Pamela Young's Thrid Motion to Compel and for Sanctions Against Debtor Travis Ryan Young filed by Corey W. Haugland for Creditor Pamela W Young (Haugland, Corey) Hearing Scheduled For 2/13/2018 at 10:00 AM at El Paso Courtroom...RESPONSE TO MOTION DUE: 2/6/18 (Farrar, Ronda)

Dated:  1/22/18

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

In re:                                                          Case No. 17-30163-hcm
Travis Ryan Young                                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0542-3          User: Farrarr           Page 1 of 1          Date Rcvd: Jan 22, 2018
                             Form ID: 132            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 24, 2018.
db            +Travis Ryan Young,    6647 Mariposa,    El Paso, TX 79912-3215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2018 at the address(es) listed below:
          Carlos A. Miranda, III    on behalf of Defendant Travis Ryan Young cmiranda@eptxlawyers.com,
          wendy@eptxlawyers.com
          Carlos A. Miranda, III    on behalf of Debtor Travis Ryan Young cmiranda@eptxlawyers.com,
          wendy@eptxlawyers.com
          Carlos A. Miranda, III    on behalf of Interested Party Brittany  Young cmiranda@eptxlawyers.com,
          wendy@eptxlawyers.com
          Corey W. Haugland   on behalf of Plaintiff Pamela W Young chaugland@jghpc.com
          Corey W. Haugland   on behalf of Creditor Pamela W Young chaugland@jghpc.com
          Donald P. Stecker   on behalf of Creditor   City Of El Paso don.stecker@lgbs.com
          Ronald E Ingalls    ecf@ingallstrustee.com,
          ri@trustesolutions.com;ron@ingallstrustee.com;ri@trustesolutions.net;danning@ingallstrustee.com
          United States Trustee - EP12    USTPRegion07.SN.ECF@usdoj.gov
                                                                              TOTAL: 8