```
Label Matrix for local noticing          United States Trustee (SMG37)           U.S. BANKRUPTCY COURT
0542-3                                   U.S. Trustee's Office                   511 E. San Antonio Ave., Rm. 444
Case 17-30163-hcm                        615 E. Houston, Suite 533               EL PASO, TX 79901-2417
Western District of Texas                P.O. Box 1539
El Paso                                  San Antonio, TX 78295-1539
Fri Jan 26 17:48:25 CST 2018

ATTORNEY GENERAL OF TEXAS                (p)BANK OF AMERICA                      Capital One
COLL. DIV/BANKRUPTCY SECTION             PO BOX 982238                           P.O. Box 30285
P.O. BOX 12548                           EL PASO TX 79998-2238                   Salt Lake City, UT 84130-0285
Austin, TX 78711-2548


Chase Bank                               Citi Cards                              City of El Paso
P.O. Box 15298                           P.O. Box 6241                           c/o Delgado Acosta
Wilmington, DE 19850-5298                Sioux Falls, SD 57117-6241              221 N. Kansas, Suite 1400
                                                                                 El Paso, TX 79901-1400


City of El Paso                          Dan Fink                                Diversified Consultants
c/o Don Stecker                          356 Silver Star                         P.O. Box 551268
711 Navarro Ste. 300                     El Paso, TX 79912-3055                  Jacksonville, FL 32255-1268
San Antonio, Tx 78205-1749


E.P. Bud Kirk                            INTERNAL REVENUE SERVICE                Kathleen Hernandez
Attorney at Law                          P.O. BOX 7346                           P.O. Box 13413
600 Sunland Park Drive, #4-400           Philadelphia, PA 19101-7346             El Paso, TX 79913-3413
El Paso, TX 79912-5134


Mark Salloum                             Old Republic Surety Company             Pamela Young
Attorney at Law                          Dennis McDonnell, VP Claims             c/o Corey W. Haugland
661 S. Mesa Hills, Suite 100             445 S. Moorland Road, Suite 200         James & Haugland, P.C.
El Paso, TX 79912-5550                   Brookfield, WI 53005-4254               609 Montana Avenue
                                                                                 El Paso, Texas 79902-5303


Pamela Young                             Pamela Young                            Travis Ryan Young
c/o Corey W. Haugland                    c/o Jason Chapman                       c/o Michael R. Nevarez
James & Haugland, P.C.                   611 E. Schuster ,Bldg. 1                The Nevarez Law Firm, PC
P.O. Box 1770                            El Paso, TX 79902                       P.O. Box 12247
El Paso, TX 79949-1770                                                           El Paso, TX 79913-0247


U.S. ATTORNEY/FHA/HUD/VA/IRS             United States Trustee - EP12            Vargas CPA, PC
601 N.W. LOOP 410                        U.S. Trustee's Office                   4855 N. Mesa St.
SUITE 600                                615 E. Houston, Suite 533               Suite 112
SAN ANTONIO, TX 78216-5512               P.O. Box 1539                           El Paso, TX 79912-5939
                                         San Antonio, TX 78295-1539


Verizon Wireless                         Carlos A. Miranda III                   Ronald E Ingalls
Attn: Bankruptcy                         Miranda & Maldonado, P.C.               PO Box 2867
500 Technology Dr.                       5915 Silver Springs                     Fredericksburg, TX 78624-1927
Suite 550                                Bldg. 7
Saint Charles, MO 63304-2225             El Paso, TX 79912-4126


Travis Ryan Young
5647 Mariposa
El Paso, TX 79912-3215
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bank of America
P.O. Box 982238
El Paso, TX 79998-2238

End of Label Matrix
Mailable recipients     27
Bypassed recipients      0
Total                   27